UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD W. PETERS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>GREG COX, *et al.*,<br><br>　　　　　Defendant. | Case No.: 3:15-CV-00472-RCJ-VPC<br><br>**ORDER** |

　　　The Court has considered the Report and Recommendation of United States Magistrate (ECF #29) entered on November 17, 2016, in which the Magistrate Judge recommends the Court deny Defendants' Motion to Dismiss or for Summary Judgment (ECF No. 20). The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

　　　ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #29).

　　　IT IS HEREBY ORDERED that Defendants' Motion to Dismiss or for Summary Judgment (ECF No. 20) is DENIED.

　　　IT IS SO ORDERED this 4th day of January, 2017.

_____
ROBERT C. JONES
SENIOR DISTRICT JUDGE

ORDER - 1