DAN M. WINDER, ESQ.
Nevada State Bar No. 1569
SCOTT C. DORMAN, ESQ.
Nevada State Bar No. 13108
LAW OFFICE OF DAN M. WINDER, P.C.
3507 W. Charleston Blvd.
Las Vegas, NV 89102
Telephone: (702) 474-0523
Facsimile: (702) 474-0631
winderdanatty@aol.com
*Attorneys for Plaintiff*

FILED ☑   RECEIVED ___
ENTERED ___   SERVED ON ___
COUNSEL/PARTIES OF RECORD

MAY -7 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Richard W. Peters | Case No: 3:15-CV-00472-RCJ-VPC |
| Plaintiff, | |
| vs. | |
| Gaylene Fukagawa, et al | |
| Defendants | |

### STIPULATION TO EXTEND TO MAY 18, 2018 THE JOINT PRE-TRIAL ORDER

The Parties, Plaintiff Richard W. Peters and Defendant Gaylene Fukagawa, hereby stipulate to an extension to May 18, 2018, for the proposed joint pretrial order. The parties are participating in a mediation on May 8, 2018. A trial date has not been set and this extension would not delay the matters' resolution.

Dated this 4th day of May, 2018.

Law Office of Dan M. Winder, P.C.

/s/ Dan Winder
DAN M. WINDER, ESQ.
Nevada State Bar No. 1569
3507 W. Charleston Blvd.
Las Vegas, NV 89102
*Attorney for Plaintiff*

ADAM PAUL LAXALT
Attorney General

By: /s/Ian E. Carr
Heather B. Zana/Ian E. Carr
Deputy Attorney General
*Attorneys for Defendant*

SO ORDERED. May 7, 2018

_____
US Magistrate Judge

1