DAN M. WINDER, ESQ.
Nevada State Bar No. 1569
LAW OFFICE OF DAN M. WINDER, P.C.
3507 W. Charleston Blvd.
Las Vegas, NV 89102
Telephone: (702) 878-6000
Facsimile: (702) 474-0631
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD W. PETERS,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>GAYLENE FUKAGAWA, et al.,<br><br>　　　　　　Defendants. | Case No: 3:15-CV-00472-RCJ-VPC<br><br>**ORDER DIRECTING<br>THE STATE OF NEVADA,<br>DEPARTMENT OF CORRECTIONS<br>NNCC WARDEN ISIDRO BACCA<br>To<br>PRODUCE INMATE FOR CIVIL TRIAL** |

Pursuant to this Court's determination made at the calendar call of this matter on 02/12/19 and good cause appearing therefor,

IT IS ORDERED, WARDEN ISIDRO BACCA produce Plaintiff, currently an inmate at Northern Nevada Correctional Center (# 93314), to the above court at the hour of 8:00 AM on the 25th of February, 2019 and each day thereafter as further ordered by the Court. The Court is located at 400 South Virginia Street, Reno, NV, 89501; Courtroom #3.

It is anticipated these proceedings will last 5 days or less.

IT IS FURTHER ORDERED, Mr. Peters be allowed to speak with his attorneys Dan M. Winder or Arnold Weinstock while he is at the Courthouse.

_____   Dated: _____February 19, 2019_____
United States District Court Judge