DAN M. WINDER, ESQ.
Nevada State Bar No. 1569
LAW OFFICE OF DAN M. WINDER, P.C.
3507 W. Charleston Blvd.
Las Vegas, NV 89102
Telephone: (702) 878-6000
Facsimile: (702) 474-0631
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD W. PETERS, | Case No: 3:15-CV-00472-RCJ-VPC |
| Plaintiff, | |
| vs. | |
| GAYLENE FUKAGAWA, et al., | |
| Defendants. | |

Subsequent to the filing of Proposed Order #127 counsel for Defendant requested some changes be made in the order to which Plaintiff is agreeable. Accordingly, Plaintiff requests #127 be deemed filed in error and the court consider proposed order #128 instead.

_____  Dated: ___February 19, 2019___
United States District Court Judge

Submitted by:

/s/Dan M. Winder
DAN M. WINDER, ESQ.
Nevada State Bar No. 1569
LAW OFFICE OF DAN M. WINDER, P.C.
3507 W. Charleston Blvd.
Las Vegas, NV 89102
Telephone: (702) 878-6000
Facsimile: (702) 474-0631
*Attorney for Plaintiff*

1