AARON D. FORD
  Attorney General
HEATHER B. ZANA, Bar No. 8734
  Deputy Attorney General
IAN E. CARR, Bar No. 13840
  Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1261
Tel: (775) 684-1259
E-mail: hzana@ag.nv.gov
E-mail: icarr@ag.nv.gov

*Attorneys for Defendant Gaylene Fukagawa*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

RICHARD PETERS,

    Plaintiff,

v.

GREG COX, *et al.*,

    Defendants.

Case No. 3:15-cv-00472-RCJ-CBC

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Defendant by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Heather B. Zana, Deputy Attorney General, , hereby stipulate and agree, that the above-captioned action should be dismissed with prejudice by order of this Court.

**SO STIPULATED:**

DATED this 31st day of March, 2018
THE LAW OFFICE OF
DAN M. WINDER

By: _____
DAN M. WINDER, ESQ.
Attorney for Plaintiff

DATED this 25 day of April, 2018
ADAM PAUL LAXALT
Attorney General

By: _____
HEATHER B. ZANA
Deputy Attorney General
Attorneys for Defendant

IT IS SO ORDERED

_____
U.S. DISTRICT JUDGE
DATED: April 2, 2019

1